

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| EMILY LIVINGSTON SCOWN AND BARBARA SCOWN, | § | No. 08-16-00301-CV |
|  | § | Appeal from the |
| Appellants, | § | 394th District Court |
| v. | § | of Brewster County, Texas |
| THE CITY OF ALPINE, TEXAS, | § | (TC# 2015-03-B0705-CV) |
| Appellee. | § |  |
|  | § |  |

## O RDER

On December 22, 2016 this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On December 30, 2016 Appellee timely filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Clerk's Record shall now be filed in this Court on or before January 29, 2017.

IT IS SO ORDERED this 30th day of December, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.